**218**

Billy Leonard SKOOG

v.

UNITED STATES of America.

No. 6038.

United States Court of Appeals
Tenth Circuit.

March 25, 1959.

Donald E. Kelley, U. S. Atty., and John S. Pfeiffer and Jack K. Anderson, Asst. U. S. Attys., Denver, Colo., for appellee.

Before MURRAH, LEWIS and BREITENSTEIN, Circuit Judges.

Affirmed without written opinion, for the reasons stated in the trial court's memorandum opinion. D.C., 165 F.Supp. 397.

SHELL OIL COMPANY

v.

Gloria MERIDETH et al.

THE SUPERIOR OIL COMPANY

v.

Gloria MERIDETH et al.

Nos. 6034, 6035.

United States Court of Appeals
Tenth Circuit.

March 25, 1959.

Jesse M. Davis, Tulsa, Okl., for Shell Oil Company.

Russell Thompson, Oklahoma City, Okl., for Merideths.

Richard W. Fowler, Oklahoma City, Okl., for Superior Oil Company.

Before MURRAH, LEWIS and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Causes remanded without written opinion, to United States District Court for the Western District of Oklahoma, with directions to vacate the judgment and hold the case in abeyance until final disposition by the Supreme Court of Oklahoma of the proceeding affecting the validity of Order No. 38791 of the Oklahoma State Corporation Commission, entered in cause No. 10901 on February 12, 1959.

D. A. SIMMONS, Jr.,

v.

UNITED STATES of America.

No. 6059.

United States Court of Appeals
Tenth Circuit.

March 25, 1959.

John A. Johnson, Oklahoma City, Okl., for appellant.

Paul W. Cress, U. S. Atty., Oklahoma City, Okl., and Jack R. Parr, Edmond, Okl., and George Camp, Asst. U. S. Attys., Oklahoma City, Okl., for appellee.

Before MURRAH, LEWIS and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Order denying motion to vacate and set aside judgment and sentence affirmed without written opinion, on authority of Gordon v. United States, 10 Cir., 250 F.2d 676.